[No. 17081. Department One. May 20, 1922.]

THE STATE OF WASHINGTON, *on the Relation of the City of Yakima et al., Plaintiff*, v. THE SUPERIOR COURT FOR YAKIMA COUNTY, *George B. Holden, Judge, Respondent.*[1]

Certiorari to review an order of the superior court for Yakima county, Holden, J., entered February 3, 1922, requiring the production of certain whiskey into court, after a directed verdict of not guilty, in a prosecution for the unlawful possession of intoxicating liquor. Reversed.

*Thomas E. Grady*, for relator.
*Snively & Bounds*, for respondent.

.PER CURIAM.—This case relates to the prosecution of J. W. Daggett and D. D. Spear, charged with violating an ordinance of the city of Yakima prohibiting the possession and sale of intoxicating liquor. As the case is presented here, it is in all essential particulars similar to the case of *State ex rel. Yakima v. Superior Court, ante p. 280, 206 Pac. 925*, and for the reasons therein given, the order herein is reversed and directed to be vacated.